113 So.2d 183

**Francis Louis BERNESS**

v.

**STATE.**

8 Div. 945.

Supreme Court of Alabama.

Oct. 9, 1958.

Rehearing Denied June 25, 1959.

T. Eugene Burts, Florence, for petitioner.

John Patterson, Atty. Gen., and Edmon L. Rinehart, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Francis Louis Berness for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Berness v. State, 113 So.2d 178.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

112 So.2d 804

**Wallace COLBURN**

v.

**STATE.**

6 Div. 429.

Supreme Court of Alabama.

May 21, 1959.

T. K. Selman and Hugh Beaird, Jasper, for petitioner.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Wallace Colburn for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Colburn v. State, 112 So.2d 800.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

112 So.2d 499

**C. Winston COOPER**

v.

**HOUSTON COUNTY.**

4 Div. 993.

Supreme Court of Alabama.

May 21, 1959.

L. A. Farmer, Dothan, for petitioner.

Wm. G. Hause, Dothan, opposed.

LIVINGSTON, Chief Justice.

Petition of C. Winston Cooper for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Cooper v. Houston County, 4 Div. 379, 112 So.2d 496.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.